IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SUMMIT 8101 CANTRELL APARTMENTS, LLC
and SUMMIT REGENCY POINT APARTMENTS, LLC        PLAINTIFFS

v.                  Case No. 4:20-cv-00353-LPR

TRINITY PROPERTY MANAGEMENT, LLC                DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED with prejudice.

IT IS SO ORDERED this 16th day of November 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE